# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141233

SHELLY SCHELLENBERG and DAVID
RIGGLE,
      Petitioners-Appellants,

v

BINGHAM TOWNSHIP,
      Respondent-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141233
COA: 289801
MTT: 00-313448

_____/

On order of the Court, the application for leave to appeal the May 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

0920

Clerk